# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| CRAIG DAVID SADDLER | ) | 1:24-mj- 00173-CL |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of August 12, 2024 in the county of Klamath in the
District of Oregon, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1992(a)(1) | Prohibits knowingly and without lawful authority wrecking, derailing, setting fire to, or disabling railroad on track equipment |

This criminal complaint is based on these facts:

Please see the attached affidavit.

☑ Continued on the attached sheet.

S/Christopher Sinclair

*Complainant's signature*

Christopher Sinclair, SA, FBI

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 3:50 a.m./p.m.

Date: 8/14/24

*Judge's signature*

City and state: Medford, Oregon   MARK D. CLARKE, United States Magistrate Judge

*Printed name and title*