DISTRICT OF OREGON, ss:     AFFIDAVIT OF CHRISTOPHER SINCLAIR

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Christopher Sinclair, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1. I am a Special Agent of the United States Department of Justice, Federal Bureau of Investigation (the "FBI") and have been so employed since June of 2021. I am currently assigned to the FBI office in Medford, Oregon. I completed five months training at the FBI Academy's Basic Agent Training in Quantico, Virginia where I learned skills necessary to investigate cases involving fraud, crimes against children, cybercrimes, violent crimes, and drug trafficking. I have received law enforcement training throughout my employment. As an FBI Agent, I am charged with investigating various violations of federal statutes, including 18 U.S.C. § 1992, which relates to violence against railroad carriers and against mass transportation systems.

2. I submit this affidavit in support of a criminal complaint and arrest warrant for Craig David Saddler**,** date of birth XX/XX/1973 (hereinafter "Saddler") for violation of 18 U.S.C. § 1992 (hereinafter "Target Offense").

3. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, interviews of witnesses, a review of records related to this investigation,

communications with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience.

## Target Offense

4. I believe there is probable cause to believe that Saddler committed the following violations:

- 18 U.S.C. § 1992(a)(1), which prohibits knowingly and without lawful authority wrecking, derailing, setting fire to, or disabling railroad on-track equipment or a mass transportation vehicle.

## Statement of Probable Cause

4. On August 12, 2024, at approximately 7:16 p.m., Officer Pena and other officers with Klamath Falls Police Department (KFPD) responded to a report of a trespass at the Union Pacific Railroad (UPR) yard located at 1585 Oak Avenue, Klamath Falls, Oregon 97601. UPR had reported that one of its employees Adult Witness 1 (AW1) saw a male subject manipulating equipment inside the railyard and changing track settings. UPR contacted law enforcement dispatch a second time stating that the subject had caused a derailment.

5. Officer Pena interviewed AW1 at the north end of the UPR yard. AW1 stated that he/she was driving a locomotive when he/she saw Saddler on the tracks near a lever that redirects the train onto different tracks. AW1 stated he/she honked the horn at Saddler. Saddler then pulled the lever while there was a mobile train occupied by UPR employees on the tracks. The tracks switched and caused four railroad cars to derail. Saddler then fled from the scene. The derailment of the railcars caused damage to the railcars, railway, and surrounding property. AW1

Page 2 – Affidavit of Christopher Sinclair

estimated the damage to be in excess of one million dollars ($1,000,000.00). KFPD photographed the damage.

6.      AW1 described Saddler as a Caucasian male, buzzcut style haircut, a longer beard, approximately 5' 11" tall, and physically fit. Additionally, AW1 described Saddler as wearing a red and or pink sweatshirt with lettering on the front. KFPD canvassed the immediate area on foot and vehicle but were unable to immediately locate Saddler.

7.      At approximately 8:16 p.m., Officer Pena located and contacted an individual matching Saddler's description, at the intersection of Esplanade Ave and Crater Lake Parkway, approximately 0.5 miles away from the UPR yard. Officer Pena explained to Saddler that he was seen on the railroad tracks. Saddler stated that he was there and that he had witnessed the train derail by itself. Officer Pena explained to Saddler that he was the one who was seen pulling the lever to switch tracks and Saddler stated it was not him. Saddler stated he was the individual who contacted 911[1]. Officer Pena described Saddler as appearing to be under the influence of a narcotic.

8.      Officer Pena contacted AW1 who responded to Officer Pena's location. AW1 immediately identified Saddler as the subject who pulled the lever and caused the derailment. AW1 stated, "That's the dude!" with no hesitation or doubt. Saddler was placed under arrest and transported to Klamath County Jail where was booked and logged for four counts of Criminal Mischief 1 and one count of Criminal Trespass 1.

9.      On August 13, 2024, I reviewed body camera footage of Deputy Crebbin with the Klamath County Sheriff's Office. The footage was approximately 4 minutes and 24 seconds long

---

[1] Klamath Falls Police Department had no record of reports from Saddler and a telephone was not found in Saddler's possession.

Page 3 – Affidavit of Christopher Sinclair

and included audio and video of the jail intake of Saddler on August 12, 2024. During the footage Saddler stated he was trying to wait for Amtrak[2]. SA Sinclair could not audibly hear any other significant statements in the footage.

10. On August 13, 2024, I contacted Special Agent William Aarde with Union Pacific Railroad Police Department. SA Aarde stated that the railyard had security footage that captured Saddler at the railyard at the time of the incident. I requested a copy of security footage and have not reviewed or received any footage from the railyard as of August 14, 2024.

## Conclusion

11. Based on the foregoing, I have probable cause to believe, and I do believe, that Saddler, knowingly and without lawful authority derailed railroad on-track equipment in violation of 18 U.S.C.§ 1992(a)(1), I therefore request that the Court issue a criminal complaint and arrest warrant for Saddler.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

12. Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Judi Harper, and AUSA Harper advised me that in his opinion the affidavit and complaint are legally

---

[2] Amtrak has a station located at 1600 Oak Ave, Klamath Falls, OR 97601.

Page 4 – Affidavit of Christopher Sinclair

and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

S/Christopher Sinclair
_____
CHRISTOPHER SINCLAIR
Special Agent, FBI

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __3:50__ a.m./p.m. on __8/14/24__.

_____
HONORABLE MARK D. CLARKE
United States Magistrate Judge

**Page 5 – Affidavit of Christopher Sinclair**