...

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

**ORIGINAL**

United States of America
v.

CRAIG DAVID SADDLER

Case No. 1:24-mj- 00173-CL

*Defendant*

RCVD 14-AUG 2024

FILED 24 AUG 21 16:18 USDC-ORM

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Craig David Saddler

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1992(a)(1) - Prohibits Knowingly and Without Lawful Authority Wrecking, Derailing, Setting Fire to, or Disabling Railroad on Track Equipment

Date: 8/14/24

*Issuing officer's signature*

City and state:   Medford, Oregon

MARK D. CLARKE, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/14/24, and the person was arrested on *(date)* 8/14/24
at *(city and state)* Klamath Falls, OR

Date: 8/16/24

For FBI
*Arresting officer's signature*

Justin Sorensen
*Printed name and title*